LOUIS B. LEDUC, RESPONDENT, v. HAMPTON E. WILLIAMS, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *Ralph W. Wescott.*

For the appellant, *James Beck Tyler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Donges in the Circuit Court, and reported in 7 *N. J. Mis. R.* 342.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS,, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.